UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, ET AL<br><br>PLAINTIFF(S)<br><br>vs.<br><br>MAROUS BROTHERS CONSTRUCTION, INC.<br><br>DEFENDANT(S) | COURT DATE:<br><br>Case No.<br>**08 C 3443**<br><br><br>SERVICE DOCUMENTS:<br>**SUMMONS & COMPLAINT** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Jun 24, 2008**, at **9:52 AM**, I served the above described documents upon **MAROUS BROTHERS CONSTRUCTION, INC.** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **TAMARA ZUPANZIC / RECEPTIONIST**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **1702 JOSEPH LLOYD PARKWAY, WILLOUGHBY, OH 44094.**

**DESCRIPTION:**  Gender: **F**  Race: **WHITE**  Age: **39**  Hgt: **5'5"**  Wgt: **140**  Hair: **BROWN**  Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

Roger D. Spies, Lic #: N/A
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 24th day of June, 2008

NOTARY PUBLIC

CLIENT NAME:
McJessy, Ching & Thompson LLC*
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
39340
DONALD GRAHAM, JR.
NOTARY PUBLIC
STATE OF OHIO
Recorded in
Cuyahoga County
My Comm. Exp. 3/17/10

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**08 C 3443**

SUMMONS IN A CIVIL CASE

Chicago Regional Council of Carpenters
Pension Fund, et al.

CASE NUMBER:

V.

ASSIGNED JUDGE:

Marous Brothers Construction, Inc.

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE NORGLE
MAGISTRATE JUDGE MASON**

TO: (Name and address of Defendant)

Marous Brothers Construction, Inc.
c/o Scott Marous, Registered Agent
1702 Joseph Lloyd Parkway
Willoughby, OH 44094

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kevin P. McJessy
McJessy, Ching & Thompson
3759 N. Ravenswood, Ste. 231
Chicago, Illinois 60613
(773) 880-1260

an answer to the complaint which is herewith served upon you, within      twenty (20)     days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

*/s/ Yvette Montoya*
---------------------------
(By) DEPUTY CLERK

June 16, 2008
---------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☐ Other (specify): _____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. |
| Executed on _____ _____<br>                  Date                      *Signature of Server*<br><br>                                                        *Address of Server* |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.